IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| FRED GATES, | ) | |
| | ) | |
| Plaintiff, | ) | No. 1:15-cv-1394 |
| | ) | |
| v. | ) | Judge Robert M. Dow, Jr. |
| | ) | |
| BOARD OF EDUCATION OF THE CITY OF CHICAGO, | ) ) | Magistrate Judge Martin |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S UNOPPOSED MOTION TO WITHDRAW APPEARANCE FOR ATTORNEY CHRISTY AND SUBSTITUTE ATTORNEY CIASTKO AS LEAD AND TRIAL COUNSEL**

Defendant moves this Court to withdraw the appearance of Assistant General Counsel Katherine A. Christy and substitute in her place Assistant General Counsel Paul Ciastko as both lead counsel and trial attorney in this case, and states:

1. Ms. Christy filed an appearance and is designated to receive notices and court orders in this action. She is designated as lead counsel and the trial attorney for Defendant.

2. Ms. Christy recently resigned her position at the Board for another opportunity.

3. The representation of Defendant has been reassigned to Mr. Ciastko.

4. Therefore, Defendant requests withdrawal of Ms. Christy's appearance and the substitution of Mr. Ciastko's as lead counsel and trial attorney.

5. On August 10, 2016, undersigned counsel conferred with Plaintiff's counsel who indicated Plaintiff does not oppose this motion

## CONCLUSION

Defendant respectfully requests that the Court grant its motion to withdraw the appearance of Ms. Christy, order that Mr. Ciastko may be substituted as lead counsel and trial attorney, and grant all other relief to which Defendant may be entitled.

Respectfully submitted,
RONALRD L. MARMER
General Counsel

By: s/Paul Ciastko
Paul Ciastko
Assistant General Counsel
Board of Education of the City of Chicago
Law Department
1 N. Dearborn, Ste. 900
Chicago, IL 60602
(773) 553-1654

## CERTIFICATE OF SERVICE

I certify that I caused the foregoing Motion to be sent to all attorneys of record via the Court's electronic notification system on August 10, 2016.

s/Paul Ciastko
Paul Ciastko