IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS

Fred Gates,

Plaintiff(s),

v.

City of Chicago Board of Education,

Defendant(s).

Case No. 15-cv-1394
Judge Dow

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $          ,

which ☐ includes         pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☒ in favor of defendant(s) City of Chicago Board of Education
and against plaintiff(s) Fred Gates.

Defendant(s) shall recover costs from plaintiff(s).

☐ other:

This action was *(check one)*:

☐ tried by a jury with Judge         presiding, and the jury has rendered a verdict.
☒ tried by Judge Dow without a jury and the above decision was reached.
☐ decided by Judge         on a motion

Date: 2/23/2023

Thomas G. Bruton, Clerk of Court

Carolyn Hoesly, Deputy Clerk